UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  2:23-cv-08461-SVW-E                                          Date: February 26, 2024

Title:         *Michael A. Lujan v. Robert Luna, et al.*

---

Present: <u>The Honorable STEPHEN V. WILSON, U.S. District Judge</u>

<u>          Paul Cruz          </u>                              <u>          Not Reported          </u>
           Deputy Clerk                                              Court Reporter / Recorder

   Attorneys Present for Plaintiff:                Attorneys Present for Defendants:
            None Present                                          None Present

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR FILE A COMPLETE REQUEST FOR *IN FORMA PAUPERIS* STATUS, AND FOR FAILURE TO PROSECUTE

   All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted IFP. 28 U.S.C. § 1915(b).

   On December 8, 2023, the Court postponed ruling on Plaintiff's IFP Request ("Request") because it was incomplete. Dkt. 4. The Court directed Plaintiff to either: (1) refile a fully completed Request; or (2) pay the full filing fee. *Id.* The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id.*

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-08461-SVW-E                                                  Date: February 26, 2024

Title:        *Michael A. Lujan v. Robert Luna, et al.*

    On January 2, 2024, Plaintiff filed another incomplete IFP Request. Dkt. 5. Additionally, the institution where Plaintiff was housed did not provide documentation to determine IFP status.

    Moreover, the Court takes notice of its own files in Plaintiff's case No. 2:23-cv-07294-SVW-E, and notes that mail served on Plaintiff's address of record has since been returned by the Postal Service as undeliverable and he has not filed a notice of change of address in either case. *See* Local Rule 41-6.

    Because it is ultimately Plaintiff's burden to show entitlement to IFP status and he has failed to do so, and because he has not kept the Court apprised of his current address, this action is **DISMISSED** without prejudice. *See Garcia v. San Bernardino Cnty.*, 2020 WL 6395474, at *1 (C.D. Cal. Oct. 30, 2020) ("A plaintiff bears the burden of showing a financial inability to pay the filing fee."); Local Rule 41-6 (action may be dismissed for failure to prosecute if *pro se* plaintiff fails to keep Court apprised of current address).

    **IT IS SO ORDERED.**